DISMISS; Opinion filed November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00074-CV

## SHEILA PATTERSON AND ALL OCCUPANTS OF 4405 CORNELL DRIVE, GARLAND, TEXAS 75042, Appellants

### V.

## QUADRANT RESIDENTIAL CAPITAL, IV, LP, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-8183-D**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion By Justice Francis

Before the Court is appellee's second motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. On October 5, 2012, the Court sent appellants a letter informing them that their brief was past due. The Court instructed appellants to file their brief along with and extension motion within ten days. We cautioned appellants that failure to file their brief with an extension motion within the time requested would result in dismissal of their appeal without further notice.

As of today's date, appellants have not filed a brief. Accordingly, we grant appellee's motion

and dismiss the appeal. *See* Tex. R. App. P. 42.3(b) & (c).



MOLLY FRANCIS
JUSTICE

120074F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHEILA PATTERSON AND ALL OCCUPANTS OF 4405 CORNELL DRIVE, GARLAND, TEXAS 75042, Appellants

No. 05-12-00074-CV    V.

QUADRANT RESIDENTIAL CAPITAL, IV, LP, Appellee

Appeal from the County Court at Law No. 4 of Dallas County, Texas. (Tr.Ct.No. CC-11-8183-D).
Opinion delivered by Justice Francis, Justices Moseley and Lang, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Quadrant Residential Capital, IV, LP, recover its costs of the appeal from appellants, Sheila Patterson and all occupants of 4405 Cornell Drive, Garland, Texas 75042.

Judgment entered November 28, 2012.

_____
MOLLY FRANCIS
JUSTICE